UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Scott Gruenwald, individually<br>and on behalf of all others<br>similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>The Toro Company, and<br>Toro International, Inc.,<br><br>                Defendants. | Civ. No. 19-2294 (PAM/BRT)<br><br><br><br><br><br><br><br><br><br>**ORDER** |
| William Brooks, individually<br>and on behalf of all others<br>similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>The Toro Company, and<br>Toro International, Inc.,<br><br>                Defendants. | Civ. No. 19-2345 (PAM/BRT) |

This matter is before the Court on notices of voluntary dismissals signed by all parties in these putative class actions. (19cv2294 Docket No. 52; 19cv2345 Docket No. 60.) Under Fed. R. Civ. P. 41(a)(1)(A)(ii), these dismissals are effective on filing without Court Order. The parties, however, ask the Court to specify that the dismissals are with prejudice as to the claims of the named Plaintiffs and without prejudice as to the claims of the unnamed putative class members.

Accordingly, **IT IS HEREBY ORDERED** that the above matters are **DISMISSED with prejudice** as to the named Plaintiffs individually and **DISMISSED without prejudice** as to all unnamed putative class members.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Tuesday, May 18, 2021

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge