# UNITED STATES DISTRICT COURT
## District of Minnesota

Scott Gruenwald

        Plaintiff,

v.

Toro Company, The, Toro International, Inc.

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 19-cv-02294-PAM-BRT

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The above matters are **DISMISSED with prejudice** as to the named Plaintiffs individually

and **DISMISSED without prejudice** as to all unnamed putative class members.

Date: 5/19/2021

KATE M. FOGARTY, CLERK